JUL-03-2007 TUE 09:04 ID: P.01
Case 1:07-cv-00023   Document 2   Filed 07/06/2007   Page 1 of 3
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF NORTHERN MARIANA ISLANDS**

MODESTA MANGLONA NADAR

V.

EFREM S. TAIMANAO dba
JOE & SON'S ENT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 - 0023

FILED
Clerk
District Court

JUL - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)
EFREM S. TAIMANAO dba
JOE & SON'S ENT.
Rota, CNMI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric S. Smith
Smith & Williams
P.O. Box 5133 CHRB
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

JUN 1 5 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 07-02-07 |
| NAME OF SERVER (PRINT) Harvy M. Mendiola | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Biot, #3 Residence Song Song Village

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07-02-07
        Date

Signature of Server

Sinapalo II P.O. Box 1463
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Efrem S. Taimanao dba<br>Joe & Sons Ent<br><br>Defendant | ) SMALL CLAIMS NO. _____<br>)<br>) CIVIL ACTION NO. CV 07-0023<br>)<br>)<br>) DECLARATION OF SERVICE |

I, HARRY M. MENDIOLA, hereby declare under penalty of perjury, that on the

__02__ day of __July__, 200_7_, at __7:25__ a.m / (p.m), I personally served __Efrem S. Taimanao__, the following document(s).

_____ Summons and Complaint

_____ Order in Aid of Judgment Order

_____ Motion for Order to Show Cause

_____ Other: __Summons In a Civil Case__

_____ in the above captioned matter.

**Manner of Service:**

__✓__ By delivering it to the aforesaid person. Place of delivery: __Dist. #3 Residence__

_____ By delivering it at the aforesaid person's usual residence to someone who is not under the age of eighteen years old. The name of the person served: _____

_____ Other: _____

Acknowledged & received by: _[signature]_     Process Server: _[signature]_

Attorney: __E. Smith__     Court Hearing Date: _____