THE LAW OFFICES OF PERRY B. INOS, LLC
PERRY B. INOS
Suite 2-C Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9006
Fax: (670) 235-9007

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **MODESTA MANGLONA NADAR,** | **CIVIL CASE NO. 07 - 0023** |
| **Plaintiff,** | |
| vs. | **DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT** |
| **EFREM S. TAIMANAO dba JOE & SON'S ENT.,** | |
| **Defendant.** | |

COMES NOW the defendant, by and through counsel, and files his Case Management Conference Statement as follows:

a. <u>Service of process on parties not yet served</u>: The single party defendant was served and the answer has been filed.

b. <u>Jurisdiction and venue</u>: The Court has jurisdiction over this matter and venue is proper in this district.

c. <u>Track assignment</u>: The defendant agrees with the court to assigned this case to the standard track.

d. <u>Anticipated Motion</u>: Defendant intends to file dispositive motions.

e. <u>Anticipated discovery</u>: Defendant intends to propound interrogatories, request for admissions, production of documents, and deposition of material witnesses.

f. <u>Further proceedings</u>: None anticipated at this time.

1     g.    <u>Special proceedings</u>:  None anticipated at this time.

2     h.    <u>Modification of pretrial procedures</u>:  No modification of

3 the standard pretrial procedures is required.

4     i.    <u>Settlement prospects</u>:  Settlement may be calendared as the parties  exchange

5 discovery and a better understanding of the facts are disclosed.

6     j.    <u>Other matters including limitations of issues</u>:   Nothing is anticipated at this time.

7     k.    <u>Setting of dates</u>:  The defendant proposes the following scheduling dates:

8         1.    Joinder of All Parties:   In September of 2008.

9         2.    Motion to Amend:   In October of 2008.

10         3.    Discovery Cut- Off:   In March of 2008.

11         4.    Status Conferences:   In December of 2007.

12         5.    Discovery Motion Hearing Date:   In February of 2008.

13         6.    Dispositive Motion Cut-off:   In March of 2008.

14         7.    Dispositive Motion Hearing Date: In April of 2008.

15         8.    Settlement Conference:   In February of 2008.

16         9.    Joint Pretrial Order:   Seven days prior to the actual trial date.

17         10.    Final Pretrial Conference:   Seven days prior to the actual trial date.

18         11.    Trial: In June of 2008.

19 Dated this 31st day of August, 2007.

20

21

22                                                           /s/

                                                        Perry B. Inos, Esq.

23                                                         Attorney for Defendant

24

25

26

27

28