**ERIC S. SMITH, Esq.**
**SMITH & WILLIAMS**
**P.O. Box 5133 CHRB**
**Saipan, MP 96950**
**Telephone No. (670) 233-3334/5**
**Facsimile No. (670) 233-3336**

**Attorneys for Plaintiff**
**Modesta Manglona Nadar**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, ) | CIVIL CASE NO. 07-0023 |
| Plaintiff, ) | |
| vs. ) | PLAINTIFF'S PRE-DISCOVERY |
| ) | DISCLOSURE STATEMENT |
| EFREM S. TAIMANAO dba JOE & ) | |
| SON'S ENT., ) | |
| Defendant. ) | |

COMES NOW, Plaintiff, by and through counsel, and hereby submits the following prediscovery disclosures pursuant to Federal Rule of Civil Procedure 26(A)(1) and Local Rule 16.2 CJ (d).

A.  <u>Persons With Potentially Discoverable Information</u>

Modesta Manglona Nadar: Plaintiff. She has information as to the facts as alleged in the Complaint. She can be contacted via the offices of Plaintiff's counsel.

Ponnu Nadar: Plaintiff's Husband. He has information as to the facts as alleged in the Complaint. He can be contacted via the offices of Plaintiff's counsel.

1

Employee at Division of Immigration: May have information as to the June 16, 2005 incident.

B.   Description of Relevant Document

--photographs of Joe & Son's Bldg. and Division of Immigration office
--medical records of Plaintiff
--any documents identified by Defendant in response to discovery requests

C.   Damages Claimed By Plaintiff

Plaintiff claims damages for personal injury to include past and future medical expenses, past and future impairment of the ability to enjoy life, mental anguish, physical suffering, statutory damages and, where appropriate, pre-judgment interest.  In addition, Plaintiff prays for an injunction enjoining Defendant from its acts of discrimination under Title 3 of the ADA, and compliance with the ADA.  Plaintiff claims attorney fees and costs in this litigation.

Dated: November 14, 2007.

                              SMITH & WILLIAMS
                              Attorneys for Plaintiff Modesta M. Nadar


By: _____/s/_____
        Eric S. Smith

3332-02-071108-PL-PreDiscoveryDisclosureStatement

2