1  THE LAW OFFICES OF PERRY B. INOS, LLC
   PERRY B. INOS
2  Suite 2-C Sablan Building
   Beach Road, Chalan Kanoa
3  P.O. Box 502017
   Saipan, MP 96950
4
   Tel: (670) 235-9006
5  Fax: (670) 235-9007

6  Attorney for Defendant

7

F I L E D
        Clerk
    District Court

DEC 1 3 2007

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

8              IN THE UNITED STATES DISTRICT COURT
                        FOR THE
9                NORTHERN MARIANA ISLANDS

10  MODESTA MANGLONA NADAR,              CIVIL CASE NO. 07 - 0023

11          Plaintiff,

12       vs.                            STIPULATION RESETTING
                                        STATUS AND SETTLEMENT
13  EFREM S. TAIMANAO dba JOE &          CONFERENCES AND
    SON'S ENT.,                              ORDER
14
15          Defendant.

16

17       COME NOW the parties, by and through their respective counsel, and stipulate to

18  reschedule the status conference and settlement conference presently set for December 14, 2007,

19  at 9:30 a.m. to January 9, 2008, at 9:00 a.m.   Counsel for the defendant has a personal and

20  emergency matter necessitating the rescheduling in this matter.

21       So stipulated this 12th day of December, 2008.

22

23

24

25  Eric S. Smith                       Perry B. Inos, Esq.
    Attorney for Plaintiff             Attorney for Defendant
26

27

28

1

**ORDER**

2

IT IS SO ORDERED this _13TH_ day of December, 2007.

3

4

5

6

ALEX R. MUNSON
Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2