```
1  Eric S. Smith
   Smith & Williams
2  P.O. Box 5133
   Saipan, MP 96950
3  Tel:  233-3334
   Fax:  233-3336
4
5  Attorney for Plaintiff
```

FILED
Clerk
District Court

JAN 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR ) | Civil Action No. - 07-0023 |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING** |
| EFREM S. TAIMANO, dba ) | **SETTLEMENT CONFERENCE** |
| JOE & SON'S ENT., ) | |
| Defendant. ) | |

This matter came regularly to settlement conference on January 9, 2008, before Chief Judge Alex R. Munson. The parties agreed that to effectuate settlement, additional time was needed to communicate with their respective clients and to weigh the counter-offer that has been made. The parties stipulated to continue this matter to a date convenient with the court's calendar.

GOOD CAUSE HAVING BEEN SHOWN, the settlement conference is continued to February 25, 2008, at 9:00 a.m. The parties, or an agent authorized to enter into a settlement, are ordered to appear at that time and date with counsel.

Dated: January 9, 2008

RECEIVED

_____
ALEX R. MUNSON
Chief Judge

Clerk
District Court
The Northern Mariana Islands