```
                                                          F I L E D
                                                             Clerk
                                                          District Court

                                                          JAN 3 1 2008

                                                       For The Northern Mariana Islands
                                                       By_____
                    IN THE U.S. DISTRICT COURT              (Deputy Clerk)
                          FOR THE
                    NORTHERN MARIANA ISLANDS
```

| | |
|---|---|
| MODESTA MANGLONA NADAR<br><br>Plaintiff(s),<br><br>v.<br><br>EFREM S. TAIMANAO, dba<br>JOE & SON'S ENT.<br>Defendant(s). | CIVIL ACTION NO. CV- 07-0023<br><br><br>**PROOF OF SERVICE** |

I hereby declare, under penalty of perjury, that on the __10th__ day of __January__, 2008 at __3:25__ a.m/**p.m.** I personally served upon __PERRY INOS LAW OFFICE__, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated __January 9, 2008__
☒ Other (specify) __ORDER CONTINUING SETTLEMENT CONFERENCE__
_____
_____
_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☒ By delivering it to ___VIC ESTRADA___, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: ___CHALAN KANOA, SAIPAN___

The charge for service was: $___20.00___.

Dated: ___1/31/08___.

___ELMER BARROGO___

Hearing Date: ___FEBRUARY 25, 2008   9:00 AM___