F I L E D
Clerk
District Court

MAR 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EFREM S. TAIMANO, doing )<br>business as Joe & Son's Store, )<br>)<br>Defendant )<br>_____ ) | Civil Action No. 07-0023<br><br><br><br>ORDER CLOSING FILE |

PURSUANT TO the settlement agreement and general release filed with the court on March 12, 2008, and good cause appearing therefrom; NOW THEREFORE,

AO 72
(Rev. 08/82)

IT IS ORDERED that this file be and hereby is closed. The court shall retain jurisdiction to enforce any and all terms and conditions set forth in the stipulated agreement.

DATED this 13th day of March, 2008.

*[signature: Alex R. Munson]*
ALEX R. MUNSON
Judge