F I L E D
Clerk
District Court

MAR 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 07-0023

MODESTA MANGLONA NADAR

Plaintiff(s),

**PROOF OF SERVICE**

v.

EFREM S. TAMANO, dba
Joe & Sons Enterprises,

Defendant(s).

I hereby declare, under penalty of perjury, that on the __12TH__ day of __MARCH__, 2008 at __3:35__ a.m./(p.m.), I personally served upon __PERRY INOS LAW OFFICE__, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated _____
☒ Other (specify) __SETTLEMENT AGREEMENT AND GENERAL RELEASE__
_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1  ☒   By delivering it to _LODOVICO ESTRADA_, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

2

3  The place where said service was made was: _CHALAN KANOA, SAIPAN_

4  The charge for service was: $ _20.00_ .

5  Dated: _march 13, 2008_ .

6

7

8                                          _[signature]_

9                                          ELMER BARROGO

10

11  Hearing Date:  _N/A_